In re Relocation of County Highway: Marx, Appellant, vs. Trempealeau County, Respondent.

*March 4—June 4, 1929.*

For the appellant there was a brief by *Schubert & Stevenson* of La Crosse, and oral argument by *A. H. Schubert*.

For the respondent there was a brief by *Elmer E. Barlow,* attorney, and *Gaveney, Barlow & Fugina,* of counsel, all of Arcadia, and oral argument by *Elmer E. Barlow*.

STEVENS, J. Mr. Chief Justice VINJE did not participate in the consideration and decision of the case in this court. The members of the court participating in such decision were equally divided in opinion upon the questions presented by this appeal. Under the established rule it follows that the judgment appealed from is affirmed. *Fox River Paper Co. v. Railroad Comm.* 189 Wis. 626, 628, 208 N. W. 266.

*By the Court.*—Judgment affirmed.